**David E. ZANDERS, Jr.
Plaintiff-Appellant**

v.

**U.S. BANK Defendant-Appellee**

**Chris Tiggs, in his official and individual capacity as US Bank Branch Manager; Angela Imming, in her official and individual capacity as US Bank District Manager; Mike Helak, in his official and individual capacity as US Bank District President; Rob Dapper, in his official and individual capacity as Human Resource Vice President; Renee McCargar, in her official and individual capacity as Human Resource Representative Defendants**

No. 16-1430

United States Court of Appeals,
Eighth Circuit.

Submitted: January 4, 2017

Filed: January 9, 2017

David E. Zanders, Jr., Pro Se

Karin A. Johnson, Samantha M. Rollins, Britt L. Teply Carlson, Faegre & Baker, Des Moines, IA, for Defendant-Appellee

Before SHEPHERD, ARNOLD, and KELLY, Circuit Judges.

1. The Honorable Stephanie M. Rose, United States District Judge for the Southern District

PER CURIAM.

David Zanders appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq., and the Iowa Civil Rights Act, Iowa Code Ann. § 216.1, et seq. After careful de novo review, we find no error in the district court's decision. Accordingly, we affirm. See 8th Cir. R. 47B.